IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

JACK E. DATT,

        Plaintiff,                  ORDER
                                                  07-C-255-S

   v.

JOHN T. KRAMER and
DORSEY AND WHITNEY, LLP,

        Defendants.
_____

    Plaintiff's motion to compel and enjoin defendants' counsel from engaging in improper deposition coaching was scheduled to be heard on November 7, 2007 in the above entitled matter. The parties having notified the Court that they have resolved their differences, accordingly,

ORDER

    IT IS ORDERED that said motion is WITHDRAWN.

    Entered this 7th day of November, 2007.

                            BY THE COURT:

                              /s/

                         _____
                         JOHN C. SHABAZ
                         District Judge